

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00419-CV

_____

## IN RE MARK CARROLL AND CHARLOTTE CARROLL, Relators

---

Original Proceeding

233rd District Court of Tarrant County, Texas
Trial Court No. JP03-23-SC00026705

Justice of the Peace Court Three of Tarrant County, Texas
Trial Court No. JP03-25-SC00028183

---

Before Wallach, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' petitions for writ of mandamus and the record and is of the opinion that relief should be denied. Accordingly, relators' petitions for writ of mandamus are denied.

Per Curiam

Delivered:  June 30, 2026